UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELENI CRUISE,

    Plaintiff,

v.     Case No. 3:23-cv-230-BJD-MCR

JEA,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Notice of Dismissal with Prejudice (Doc. 7; Notice) filed by Plaintiff on June 2, 2023. In the Notice, Plaintiff voluntarily dismisses the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1.    This case is **DISMISSED with prejudice.**

    2.    The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 7th day of June, 2023.

BRIAN J. DAVIS
United States District Judge

- 2 -

cs
Copies to:

Counsel of Record